B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nartea, Calin Constantin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Nartea, Dana Ramona** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8033** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2140** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6148 N. Keystone Ave.**<br>**Chicago, IL**<br><div align="right">ZIP Code<br>**60646**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6148 N. Keystone Ave.**<br>**Chicago, IL**<br><div align="right">ZIP Code<br>**60646**</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nartea, Calin Constantin**<br>**Nartea, Dana Ramona** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Mihaela L. Raicu</b>       <b>December 22, 2010</b><br>Signature of Attorney for Debtor(s)      (Date)<br><b>Mihaela L. Raicu 6290520</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nartea, Calin Constantin**<br>**Nartea, Dana Ramona** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Calin Constantin Nartea**
Signature of Debtor  **Calin Constantin Nartea**

X **/s/ Dana Ramona Nartea**
Signature of Joint Debtor **Dana Ramona Nartea**

Telephone Number (If not represented by attorney)

**December 22, 2010**
Date

### Signature of Attorney*

X **/s/ Mihaela L. Raicu**
Signature of Attorney for Debtor(s)

**Mihaela L. Raicu 6290520**
Printed Name of Attorney for Debtor(s)

**Mihaela L. Raicu**
Firm Name

**205 W. Randolph Street**
**Suite 1240**
**Chicago, IL 60606**

Address

**Email: mraicu_esq@yahoo.com**
**312-224-8900  Fax: 312-284-4944**
Telephone Number

**December 22, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Calin Constantin Nartea**
      **Dana Ramona Nartea**                          Case No. _____

                                     Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

     ■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

     ☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

     ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

     **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Calin Constantin Nartea**
                      **Calin Constantin Nartea**

Date:   **December 22, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Calin Constantin Nartea**
       **Dana Ramona Nartea**

                 Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                        Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:    **/s/ Dana Ramona Nartea**
                          **Dana Ramona Nartea**
    Date:    **December 22, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Calin Constantin Nartea,**
        **Dana Ramona Nartea**

Case No. _____

_____,

        Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 522,000.00 | | |
| B - Personal Property | Yes | 4 | 25,558.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,133,302.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 174,390.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,745,486.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,900.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,850.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| | | Total Assets | 547,558.00 | | |
| | | Total Liabilities | | 3,053,179.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Calin Constantin Nartea,**
      **Dana Ramona Nartea**    Case No. _____

                           ,
                    Debtors    Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to
   report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 174,390.54 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 174,390.54 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,900.00 |
| Average Expenses (from Schedule J, Line 18) | 2,850.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,200.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 594,052.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 165,390.54 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 9,000.00 |
| 4. Total from Schedule F | | 1,745,486.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,348,538.61 |

B6A (Official Form 6A) (12/07)

In re    **Calin Constantin Nartea,**
**Dana Ramona Nartea,**                                          Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6148 N. Keystone**<br>**Chicago, IL 60646** | **Fee simple** | **H** | **324,000.00** | **519,149.00** |
| **4654 N. Central Park, #2**<br>**Chicago, IL** | **Fee simple** | **H** | **60,000.00** | **183,000.00** |
| **7209 N. Damen, #1**<br>**Chicago, IL** | **Fee simple** | **W** | **135,000.00** | **407,933.00** |
| **Liki Tiki Village II**<br>**Island One Resorts Hospitality Group**<br>**8680 Comodity Circle**<br>**Orlando Florida, 32819**<br>**Deeded Time Share** | **Fee simple** | **J** | **3,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **522,000.00** | (Total of this page) |
| Total > | **522,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Calin Constantin Nartea,**                                          Case No. _____
          **Dana Ramona Nartea**
                                                                                    ,
                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | **J** | **200.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Edens Bank** | **W** | **135.00** |
| | | | **Checking Account Edens Bank** | **H** | **23.00** |
| | | | **Chase Account Negative Ballance** | **H** | **0.00** |
| | | | **Charter One Account Negative Ballance** | **J** | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, 2004 TV, household goods, 2001 TV** | **J** | **1,500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothes** | **J** | **250.00** |
| 7. | Furs and jewelry. | | **Wedding bands, earrings, engagement ring, neckless, ring** | **J** | **2,800.00** |
| | | | **Movado Watch** | **J** | **250.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Ski equipment since 2001, bicycles** | **H** | **100.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                               Sub-Total >        **5,258.00**
                                                               (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Calin Constantin Nartea,**                                              Case No. _____
            **Dana Ramona Nartea**

                                                                    ,
                                            Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **2528 W. Fitch LLC** | H | **0.00** |
| | | **American Romanian Import Export** | H | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Calin Constantin Nartea,**                                      Case No. _____
        **Dana Ramona Nartea**

_____,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Real Estate Brokers License** | W | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Audi A8** | H | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2008 Laptop** | H | 100.00 |
| | | **2002 Compaq Desktop** | J | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                20,300.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Calin Constantin Nartea,**
**Dana Ramona Nartea**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **25,558.00** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Calin Constantin Nartea,**                                    Case No. _____
         **Dana Ramona Nartea**
                                                      ,
                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Liki Tiki Village II** <br> **Island One Resorts Hospitality Group** <br> **8680 Comodity Circle** <br> **Orlando Florida, 32819** <br> **Deeded Time Share** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Cash on Hand** <br> **Cash** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Checking Account** <br> **Edens Bank** | **735 ILCS 5/12-1001(b)** | **135.00** | **135.00** |
| **Checking Account Edens Bank** | **735 ILCS 5/12-1001(b)** | **23.00** | **23.00** |
| **Household Goods and Furnishings** <br> **Furniture, 2004 TV, household goods, 2001 TV** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** <br> **Clothes** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Furs and Jewelry** <br> **Wedding bands, earrings, engagement ring, neckless, ring** | **735 ILCS 5/12-1001(b)** | **2,800.00** | **2,800.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> **Ski equipment since 2001, bicycles** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Office Equipment, Furnishings and Supplies** <br> **2008 Laptop** | **735 ILCS 5/12-1001(d)** | **100.00** | **100.00** |
| **2002 Compaq Desktop** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |

|  | Total: | **8,308.00** | **8,308.00** |

**0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Calin Constantin Nartea,**
**Dana Ramona Nartea,**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx3573 <br><br> **Americas Servicing Co** <br> **Attention: Bankruptcy** <br> **Po Box 10328** <br> **Des Moines, IA 50306** | | H | Opened 6/01/06 Last Active 6/30/08 <br><br> **6148 N. Keystone** <br> **Chicago, IL 60646** <br><br><br> Value $         **324,000.00** | | | | **416,000.00** | **92,000.00** |
| Account No. xxxxxxxx3574 <br><br> **Americas Servicing Co** <br> **Attention: Bankruptcy** <br> **Po Box 10328** <br> **Des Moines, IA 50306** | | H | Opened 6/01/06 Last Active 6/30/08 <br><br> **6148 N. Keystone** <br> **Chicago, IL 60646** <br><br><br> Value $         **324,000.00** | | | | **103,149.00** | **103,149.00** |
| Account No. xxxx5442 <br><br> **Bac Home Loans Servici** <br> **450 American St** <br> **Simi Valley, CA 93065** | | J | Opened 1/01/07 Last Active 2/29/08 <br><br> **7209 N. Damen, #1** <br> **Chicago, IL** <br><br><br> Value $         **135,000.00** | | | | **81,533.00** | **81,533.00** |
| Account No. xx-xx-xxx-xxx-1002 <br><br> **Cook County Treasurer** <br> **P.O. Box 4468** <br> **Carol Stream, IL 60197** | | H | Property Tax Lien <br><br> **4654 N. Central Park, #2** <br> **Chicago, IL** <br><br><br> Value $         **60,000.00** | | | | **3,000.00** | **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| __1__   continuation sheets attached | | Subtotal <br> (Total of this page) | | **603,682.00** | **276,682.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Calin Constantin Nartea,**
    **Dana Ramona Nartea,**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | | |
| Account No. xxxxxxx0913 | | | | Opened 7/01/08 Last Active 6/03/10 | | | | | |
| **G M A C** Po Box 130424 Roseville, MN 55113 | | H | | 2005 Audi A8 | | | | | |
| | | | | Value $ 20,000.00 | | | | 22,428.00 | 2,428.00 |
| Account No. xxxxxxxx6077 | | | | Opened 1/11/07 Last Active 3/03/08 | | | | | |
| **Green Point Savings** Po Box 84013 Columbus, GA 31908 | | J | | 7209 N. Damen, #1 Chicago, IL | | | | | |
| | | | | Value $ 135,000.00 | | | | 326,400.00 | 191,400.00 |
| Account No. xxxxxxx3140 | | | | First Mortgage | | | | | |
| **Libertyville Bank & Trust Co** Loan Department 507 N. Milwaukee Ave. Libertyville, IL 60048 | | H | | 4654 N. Central Park, #2 Chicago, IL | | | | | |
| | | | | Value $ 60,000.00 | | | | 180,000.00 | 123,000.00 |
| Account No. xxxxxx2423 | | | | Opened 5/01/04 Last Active 4/01/10 | | | | | |
| **Weisfield Jewelers** Attn: Bankruptcy Po Box 3680 Akron, OH 44309 | | J | | Movado Watch | | | | | |
| | | | | Value $ 250.00 | | | | 792.00 | 542.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    529,620.00    317,370.00

Total
(Report on Summary of Schedules)    1,133,302.00    594,052.00

B6E (Official Form 6E) (4/10)

.

In re  **Calin Constantin Nartea,**
       **Dana Ramona Nartea**                                        Case No. _____

_____,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Calin Constantin Nartea,**
       **Dana Ramona Nartea**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **xxxx x xxx0959** | | H | | | Violations of the Chicago Municipal Code | | X | X | | 9,000.00 | |
| City of Chicago 30 North La Salle Steet Suite700 Chicago, IL 60602 | | | | | | | | | 9,000.00 | | 0.00 |
| Account No. | | H | | | 2010 Traffic Ticket | | | | | 0.00 | |
| City of Chicago c/o Arnold Scott Harris PC 222 Merchendise Mart Plaza, #1932 Chicago, IL 60654 | | | | | | | | | 70.00 | | 70.00 |
| Account No. **xxxxx8033** | | J | | | 2007 Taxes Due | | | | | 0.00 | |
| Illinois Department of Revenue P.O. Box 19006 Springfield, IL 62794 | | | | | | | | | 13,126.90 | | 13,126.90 |
| Account No. **xx-xxxxxxx0006** | X | H | | | 2008 Business Tax | | | | | 0.00 | |
| Illinois Department of Revenue P.O. Box 19006 Springfield, IL 62794 | | | | | | | | | 2,660.00 | | 2,660.00 |
| Account No. **xxxxx8033** | | J | | | 2007 Penalties and Interest | | | X | | 0.00 | |
| Illinois Department of Revenue P.O. Box 19006 Springfield, IL 62794 | | | | | | | | | 3,128.86 | | 3,128.86 |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 9,000.00 | |
|---|---|---|---|
| | (Total of this page) | 27,985.76 | 18,985.76 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re    **Calin Constantin Nartea,**
    **Dana Ramona Nartea**

Case No. _____

                          ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxxxxx0006**<br><br>**Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62794** | | J | **2008**<br><br>**Penalties and late fees** | | | | **411.71** | 0.00 | **411.71** |
| Account No. **xxx-xx-8033**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | J | **12/31/2007**<br><br>**Taxes Owed** | | | | **104,866.00** | 0.00 | **104,866.00** |
| Account No. **xxxxx8033**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | J | **12/31/2008**<br><br>**Income Taxes** | | | | **5,343.00** | 0.00 | **5,343.00** |
| Account No. **xxx-xx-8033**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | J | **2007**<br><br>**Penalties & Interest** | | | | **34,692.74** | 0.00 | **34,692.74** |
| Account No. **xxx-xx-8033**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | J | **2008**<br><br>**Penalties & Interest** | | | | **1,091.33** | 0.00 | **1,091.33** |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 146,404.78 | 146,404.78 |
| Total | 9,000.00 | |
| (Report on Summary of Schedules) | 174,390.54 | 165,390.54 |

B6F (Official Form 6F) (12/07)

In re    **Calin Constantin Nartea,**
         **Dana Ramona Nartea**                                    Case No. _____

                                                                        ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2765**  **Citi / Home Depot Bankruptcy Business Division P.O. Box 688966 Des Moines, IA 50368** | | H | **Business MasterCard** | | | | **14,432.72** |
| Account No. **5467**  **5/3 Bank Cc 5050 Kingsley Dr Cincinatti, OH 45263** | | H | Opened 10/11/07  Last Active  7/01/10 **CreditCard** | | | | **1,327.00** |
| Account No.  **6458 N. Claremont Ave. Adrian Tanase (DI) 6460 N. Claremont Ave. #GN Chicago, IL 60659** | | J | **Association Fees** | | | | **Unknown** |
| Account No. **xxxxx3619**  **Abn Amro Mortgage Grou c/o Pierce & Associates 1 N. Dearborn Chicago, IL 60602** | | J | Opened  2/01/07  Last Active  3/01/08 **Foreclosed ConventionalRealEstateMortgage** | | | | **Unknown** |

_ **25** _  continuation sheets attached

Subtotal
(Total of this page)                                                                  **15,759.72**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
S/N:38024-101201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
      **Dana Ramona Nartea**

Case No. _____

                                                         ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Accounts Receivable Managament** P.O. Box 129 Thorofare, NJ 08086-0129 | | J | | | | | | 0.00 |
| Account No. **American Family Insurance** Corporate Office - Bankruptcy 6000 American Parkway Madison, WI 53783 | | J | | Insurance Purchased by Creditor on behalf of Debtor | | | | Unknown |
| Account No. xxxxxxxx3067 **American Home Mtg Srv** Customer Correspondence P.O. Box 631730 Irving, TX 75063-1730 | | H | | Opened 6/01/06 Last Active 9/15/06 RealEstateMortgageWithoutOtherCollateral Foreclosed and/or Transferred Account | | | | Unknown |
| Account No. xxxxxxxx3059 **American Home Mtg Srv** Customer Correspondence P.O. Box 631730 Irving, TX 75063-1730 | | H | | Opened 6/01/06 Last Active 9/15/06 ConventionalRealEstateMortgage Foreclosed and/or Transferred Account | | | | Unknown |
| Account No. xxxxxxxx9692 **American Home Mtg Srv** Customer Correspondence P.O. Box 631730 Irving, TX 75063-1730 | | J | | Opened 5/20/05 Last Active 8/15/05 RealEstateMortgageWithoutOtherCollateral Foreclosed and/or Transferred Account | | | | 0.00 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
      **Dana Ramona Nartea**                                          Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9684**<br><br>**American Home Mtg Srv**<br>**Customer Correspondence**<br>**P.O. Box 631730**<br>**Irving, TX 75063-1730** | | J | **Opened 5/20/05 Last Active 8/15/05**<br>**ConventionalRealEstateMortgage**<br>**Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxxx5883**<br><br>**American Home Mtg Srv**<br>**Customer Correspondence**<br>**P.O. Box 631730**<br>**Irving, TX 75063-1730** | | J | **Opened 5/01/04 Last Active 6/23/04**<br>**ConventionalRealEstateMortgage**<br>**Foreclosed and/or Transferred Account** | | | | **Unknown** |
| Account No. **xxxxxxxxx5891**<br><br>**American Home Mtg Srv**<br>**P.O. Box 660029**<br>**Dallas, TX 75266** | | J | **Opened 5/01/04 Last Active 6/23/04**<br>**RealEstateMortgageWithoutOtherCollateral**<br>**Foreclosed and/or Transferred Account** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-6687**<br><br>**Applied Card Bank**<br>**Attention: General Inquiries**<br>**Po Box 17125**<br>**Wilmington, DE 19850** | | W | **Opened 1/01/02 Last Active 7/12/09**<br>**CreditCard** | | | | **3,018.00** |
| Account No. **xxxxxx1192**<br><br>**Armor Systems Co**<br>**1700 Kiefer Dr**<br>**Suite 1**<br>**Zion, IL 60099** | | J | **Opened 10/01/09**<br>**CollectionAttorney Swedish Covenant Hospital** | | | | **131.00** |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **3,149.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
    **Dana Ramona Nartea**                                 Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx4262**<br><br>**Armor Systems Co**<br>**1700 Kiefer Dr**<br>**Suite 1**<br>**Zion, IL 60099** | | J | | Opened  3/01/09<br>CollectionAttorney Swedish Covenant Hospital | | | | 103.00 |
| Account No. **xxxxxx2943**<br><br>**Armor Systems Co**<br>**1700 Kiefer Dr**<br>**Suite 1**<br>**Zion, IL 60099** | | J | | Opened  8/01/09<br>CollectionAttorney Swedish Covenant Hospital | | | | 100.00 |
| Account No. **xxxxxxx5670**<br><br>**Arnoldharris/Med Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL** | | J | | Med1 02 Diagnostic Radiology Spclts | | | | 88.00 |
| Account No. **xnit #3**<br><br>**Ashley Managment company**<br>**6048 W. Lawrence Ave.**<br>**Chicago, IL 60630** | | H | | Condo Association Fees | | | | Unknown |
| Account No. **xxxxxxxxx3394**<br><br>**Aurora Loan Services**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 1706**<br>**Scottsbluff, NE 69363** | | | W | Opened 12/28/06  Last Active  2/29/08<br>DeficiencyForeclosedConventionalRealEstate<br>Mortgage<br>7211 N. Damen #1 | | | | Unknown |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

291.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Calin Constantin Nartea,**
         **Dana Ramona Nartea,**                                   Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5439**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | J | Opened 1/01/07 Last Active 6/15/10<br>ForeclosedConventionalRealEstateMortgage<br>Deficiency | | | | 322,883.00 |
| Account No. **xxxxx6400**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | H | Opened 7/01/07 Last Active 6/17/10<br>Foreclosed and/or Transferred Account<br><br>6458 N. Claremont, Apt. 3<br>Chicago, IL | | | | 213,649.00 |
| Account No. **xxxx4372**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | J | Opened 5/01/05 Last Active 4/21/09<br>ConventionalRealEstateMortgage<br>Foreclosed and/or Transferred Account | | | | 0.00 |
| Account No. **xxxxx1059**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | H | Opened 9/01/06 Last Active 2/28/07<br>ConventionalRealEstateMortgage<br>Foreclosed and/or Transferred Account | | | | 0.00 |
| Account No. **xxxx4380**<br><br>Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | J | Opened 5/01/05 Last Active 4/01/09<br>RealEstateMortgageWithoutOtherCollateral<br>Foreclosed and/or Transferred Account | | | | 0.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           536,532.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
　　　　**Dana Ramona Nartea**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. xxxxxxxxx6499 | | | | Opened 10/01/07 Last Active 5/06/08 CreditLineSecured on Foreclosed Property | | | | |
| Bank Of America 4161 Piedmont Parkway Greensboro, NC 27410 | W | | | | | | | 298,689.00 |
| Account No. xxxxxxxxxxxx8821 | | | | | | | | |
| Cach, LLC. 4340, S. Monaco, Second Floor Denver, CO 80237 | H | | | | | | | 2,599.00 |
| Account No. xxxx-xxxx-xxxx-8034 | | | | Credit Card | | | | |
| Capital One Bank, N.A. P.O. Box 71083 Charlotte, NC 28272-1083 | H | | | | | | | 703.88 |
| Account No. xxxx-xxxx-xxxx-0684 | | | | Opened 6/01/05 Last Active 8/31/09 BusinessCreditCard | | | | |
| Capital One, N.A. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | H | | | | | | | 1,683.00 |
| Account No. xx7787 | | | | Credit card | | | | |
| CCB Credit Services, INC. P.O. Box 272 Springfield, IL 62705-0272 | J | | | | | | | 1,617.68 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

305,292.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**  Case No. _____
       **Dana Ramona Nartea**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-203-5** | | | **Bank Account** | | | | |
| **Charter One** **One Citizens Drive** **Riverside, RI 02915-3000** | | H | | | | X | |
| | | | | | | | **1,198.89** |
| Account No. **xxxxxxxx5031** | | | Opened 2/14/07  Last Active  2/29/08 | | | | |
| **Chase** **9451 Corbin Avenue** **Northridge, CA 91328** | | W | 7207 N. Damen, #1 Chicago, IL **Defficiency** | | | | |
| | | | | | | | **Unknown** |
| Account No. **xxxxxxxx5764** | | | Opened 7/01/08  Last Active  6/07/09 | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | | H | **CreditCard** | | | | |
| | | | | | | | **13,761.06** |
| Account No. **xxxxxxxx0040** | | | Opened 6/01/99  Last Active  3/08/07 | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | | H | **CreditCard** | | | | |
| | | | | | | | **0.00** |
| Account No. **xxxxxxxxx0022** | | | Opened  5/01/06  Last Active  6/29/07 | | | | |
| **Chase** **9451 Corbin Avenue** **Northridge, CA 91328** | | H | **ConventionalRealEstateMortgage** **Foreclosed and/or Transferred Account** | | | | |
| | | | | | | | **0.00** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,959.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**                       Case No. _____
        **Dana Ramona Nartea**

                                                      Debtors         ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6533** <br><br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | | H | **Opened 5/01/06 Last Active 4/30/07** <br> **ConventionalRealEstateMortgage** <br> **Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxx4855** <br><br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | | J | **Opened 8/01/03 Last Active 1/01/04** <br> **ConventionalRealEstateMortgage** <br> **Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxx5347** <br><br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | | J | **Opened 12/01/03 Last Active 6/01/04** <br> **ConventionalRealEstateMortgage** <br> **Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxx0901** <br><br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | | J | **Opened 5/01/01 Last Active 9/01/03** <br> **ConventionalRealEstateMortgage** <br> **Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxx2053** <br><br> **Chase** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | H | **Opened 9/01/06 Last Active 1/30/07** <br> **ConventionalRealEstateMortgage** <br> **Foreclosed and/or Transferred Account** | | | | **0.00** |

Sheet no. \_\_**7**\_\_\_ of \_\_**25**\_\_ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
        **Dana Ramona Nartea**                                            Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5031** <br><br> **Chase** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | J | Opened 2/01/07 Last Active 2/29/08 ConventionalRealEstateMortgage Foreclosed and/or Transferred Account | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9012** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | H | Opened 6/11/08 Last Active 6/07/09 CreditCard | | | | **5,510.35** |
| Account No. **xxxxxxxxxxxx0422** <br><br> **Chase Bank** <br> **OH1-1188** <br> **340 S. Cleveland Ave Bldg 370** <br> **Westerville, OH 43081** | X | J | | | | | **Unknown** |
| Account No. **xxxxxx8129** <br><br> **Cit Fin Serv** <br> **715 S. Metropolitan Ave** <br> **Oklahoma City, OK 73108** | | H | Opened 9/22/06 Last Active 11/14/06 ConventionalRealEstateMortgage Foreclosed and/or Transferred Account | | | | **Unknown** |
| Account No. **xxxxxxx7421** <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | J | Opened 7/01/01 Last Active 10/17/06 CreditCard | | | | **0.00** |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **5,510.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**
    **Dana Ramona Nartea**
                                           ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0570**<br><br>**Citizens Bank**<br>**480 Jefferson Blvd**<br>**Rje 135**<br>**Warwick, RI 02886** | | J | **Opened 2/01/07 Last Active 7/06/09**<br>**CheckCreditOrLineOfCredit** | | | | 0.00 |
| Account No. **xxxx2818**<br><br>**City Ntl Bk**<br>**Attn: Bankruptcy**<br>**Po Box 785057**<br>**Orlando, FL 32878** | | H | **Opened 9/01/06 Last Active 12/13/06**<br>**ConventionalRealEstateMortgage**<br>**Foreclosed and/or Transferred Account** | | | | Unknown |
| Account No. **xxxxxx-xx6242**<br><br>**City of Chicago-Dept. of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330** | | J | **Billing** | | | | 945.46 |
| Account No. **xxxxxx3069**<br><br>**Contract Callers Inc.**<br>**P.O. Box 212489**<br>**Augusta, GA 30917** | | W | **Agriculture** | | | | 237.61 |
| Account No. **xx-xx-xxx-xxx-1007**<br><br>**Cook County Treasurer**<br>**P.O. Box 4468**<br>**Carol Stream, IL 60197** | | H | **Property Taxes on Foreclosed Property** | | | | Unknown |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,183.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Calin Constantin Nartea,**
        **Dana Ramona Nartea**
                                                                    Case No. _____
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1001** <br><br> **Cook County Treasurer** <br> **P.O. Box 4488** <br> **Carol Stream, IL 60197** | | J | **2009** <br> **Taxes on foreclosed property** <br> **1944 W. Touhy** | | | | 2,776.64 |
| Account No. **xx-xx-xxx-xxx-1004** <br><br> **Cook County Treasurer** <br> **P.O. Box 4488** <br> **Carol Stream, IL 60197** | | J | **2010** <br> **Property Taxes on Foreclosed Property** <br> **1946 Touhy #1** | | | | 2,773.11 |
| Account No. **xxxxxxx0075** <br><br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Dept. 9136** <br> **Newton Center, MA 02459** | | W | **Billing** | | | | 234.10 |
| Account No. **xxxxxxx5995** <br><br> **Credit Collection Services** <br> **Tow Wells Avenue,** <br> **Dept. 9136** <br> **Newton Center, MA 02459** | | J | **Billing** | | | | 125.67 |
| Account No. <br><br> **Dan Poeana** <br> **7527 Missouri Ave.** <br> **Hammond, IN 46323** | | J | | | | | 25,000.00 |

Sheet no. __**10**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,909.52

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**              Case No. _____
         **Dana Ramona Nartea**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dana Elena Rastei** 2715 N. Mulligan Ave. Chicago, IL 60639 | | J | | | | | 30,200.00 |
| Account No. **n/a** **Dana Elena Rastei** 2715 N. Mulligan Ave Chicago, IL 60639 | | H | | | | | 30,200.00 |
| Account No. **xxxxxxxx9015** **Discover Fin** Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | H | Opened 10/01/00  Last Active  3/26/07 CreditCard | | | | 0.00 |
| Account No. **xxxxxxx0022** **Discover Fin** Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | H | Opened  9/01/00  Last Active  3/27/07 CreditCard | | | | 0.00 |
| Account No. **xxxxxxxxxxx2090** **Fifth Third Bank** C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | H | Opened 10/01/07  Last Active  7/03/10 CreditCard | | | | 1,556.97 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **61,956.97**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Dana Ramona Nartea**
　　　　_____ ,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x4164**<br><br>**Fifth Third Bank**<br>**C/O Bankruptcy Dept, Mdropso5**<br>**1850 East Paris**<br>**Grand Rapids, MI 49546** | H | | | Opened 2/01/01 Last Active 2/01/03<br>Automobile | | | | **0.00** |
| Account No. **xxxxxxxxxxx &xxxxxxx5116**<br><br>**First Franklin Financial Corporatio**<br>**2150 North First Street**<br>**San Jose, CA 95131** | W | | | ForeclosedRealEstateMortgage<br>1944 W. Touhy, #1 DEFICIENCY | | | | **Unknown** |
| Account No. **xxxx8463**<br><br>**Ford Motor Credit Corporation**<br>**National Bankruptcy Center**<br>**Po Box 6275**<br>**Dearborn, MI 48121** | J | | | Opened 7/01/04 Last Active 5/29/05<br>Automobile | | | | **0.00** |
| Account No. **xxxxxx8814**<br><br>**Fremont Investment & Loan**<br>**2727 E. Imperial Hwy**<br>**Brea, CA 92821** | H | | | Opened 11/01/06 Last Active 2/07/07<br>ConventionalRealEstateMortgage<br>Foreclosed and/or Transferred Account | | | | **0.00** |
| Account No. **xxxxxx0001**<br><br>**Fst Bnk & Tr**<br>**820 Church Street**<br>**Evanston, IL 60201** | J | | | Opened 11/01/98 Last Active 3/01/01<br>Secured | | | | **0.00** |

Sheet no. __**12**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal　　　**0.00**
　　　　　　　　　　　　　　　　　　　　(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Calin Constantin Nartea,**
    **Dana Ramona Nartea**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3967<br><br>Ge Capital Credit Card<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | J | Opened 3/01/06 Last Active 7/12/09<br>ChargeAccount | | | | 1,251.00 |
| Account No. xxxxxxx0205<br><br>Gemb/abt Tv<br>Po Box 981439<br>El Paso, TX 79998 | | H | Opened 1/01/08 Last Active 6/08/09<br>ChargeAccount | | | | 2,313.00 |
| Account No. x8579<br><br>Ghanshyam Thakkar MD<br>2740 W. Foster Ave Ste 203<br>Chicago, IL 60625 | | W | 12-31-2010<br>Services | | | | 151.57 |
| Account No. xxxxxx5813<br><br>Harris N.a.<br>3800 Golf Rd Ste. 300<br>Rolling Meadows, IL 60008 | | H | Opened 6/01/06 Last Active 5/10/07<br>CreditLineSecured<br>Foreclosed and/or Transferred Account | | | | 0.00 |
| Account No. xxx7320<br><br>Hilco Rec<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089 | | H | Opened 10/01/09<br>FactoringCompanyAccount Chase Bank Usa N.A | | | | 5,510.00 |

Sheet no. __13__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,225.57

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Calin Constantin Nartea,**
        **Dana Ramona Nartea**                                                Case No. _____

                                        _____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                                        (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx7147**<br><br>**Hilco Rec**<br>**Attn: Bankruptcy**<br>**1120 Lake Cook Road Suite B**<br>**Buffalo Grove, IL 60089** | | | J | | **Opened 3/01/10**<br>**FactoringCompanyAccount Ge Capital Corp.** | | | | **1,251.00** |
| Account No. **xxxxxxxx6886**<br><br>**Homeq**<br>**Attn: Bankruptcy Department**<br>**1100 Corporate Center**<br>**Raleigh, NC 27607** | | | J | | **Opened 5/01/04  Last Active 4/14/05**<br>**ConventionalRealEstateMortgage**<br>**Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxx6894**<br><br>**Homeq**<br>**Attn: Bankruptcy Department**<br>**1100 Corporate Center**<br>**Raleigh, NC 27607** | | | J | | **Opened 5/01/04  Last Active 4/14/05**<br>**RealEstateMortgageWithoutOtherCollateral**<br>**Foreclosed and/or Transferred Account** | | | | **0.00** |
| Account No. **xxxxxxxxxxx6732**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | | W | | **Opened 10/15/03  Last Active 7/08/09**<br>**CreditCard** | | | | **1,557.27** |
| Account No. **xxxxxxxxxxx4890**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | | H | | **Opened 12/01/04  Last Active 6/06/09**<br>**CreditCard** | | | | **Unknown** |

Sheet no. __**14**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,808.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
     **Dana Ramona Nartea**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0351<br><br>Hsbc Bank- Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197 | | H | Opened 11/01/04 Last Active 10/27/09<br>ChargeAccount | | | | 3,316.86 |
| Account No. xxxxxxxxxxx9835<br><br>Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197 | | W | Opened 11/28/04 Last Active 7/06/09<br>ChargeAccount | | | | 833.46 |
| Account No. xxxxxxx0034<br><br>Hsbc/rs<br>Pob 15521<br>Wilmington, DE 19805 | | H | Opened 7/04/01 Last Active 8/26/04<br>ChargeAccount | | | | 0.00 |
| Account No.<br><br>Ilchi, Ioan<br>8851 Merill St.<br>Niles, IL 60714 | | H | Partner in 2528 W. Fitch LLC | | | | Unknown |
| Account No. xx-xxxxxxx0006<br><br>Illinois Department of Revenue<br>P.O. Box 19006<br>Springfield, IL 62794 | | J | 2008<br>Collection Agency Fee | | | | 549.82 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,700.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**
         **Dana Ramona Nartea**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8033**<br><br>**Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62794** | | J | **2007**<br>**Collection Agency Fee** | | | | **2,909.44** |
| Account No. **xxxxxxxxx1882**<br><br>**Indymac Bank**<br>**Attn:Bankruptcy**<br>**Po Box 4045**<br>**Kalamazoo, MI 49003** | | J | **Opened 12/01/06  Last Active  2/20/08**<br>**1946 W. Touhy**<br>**Chicago, IL** | | | | **81,271.00** |
| Account No. **xxxxxxxxx2058**<br><br>**Indymac Bank**<br>**Attn:Bankruptcy**<br>**Po Box 4045**<br>**Kalamazoo, MI 49003** | | J | **Opened 12/01/06  Last Active  2/29/08**<br>**ConventionalRealEstateMortgage**<br>**Foreclosed and/or Transferred Account** | | | | **Unknown** |
| Account No. **xxxxx2058**<br><br>**Indymac Bank**<br>**P.O. Box 78826**<br>**Phoenix, AZ 85062** | | W | **Forclosed Real Estate**<br>**1946 W. touhy DEFICIENCY** | | | | **Unknown** |
| Account No. **xxxxx2469**<br><br>**Indymac Bank**<br>**155 North Lake Ave.**<br>**Pasadena, CA 91101** | | W | **Foreclosed Real Estate DEFICIENCY** | | | | **Unknown** |

Sheet no. __**16**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **84,180.44**

B6F (Official Form 6F) (12/07) - Cont.

In re **Calin Constantin Nartea,**
**Dana Ramona Nartea,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx9166**<br><br>**Island One, Inc.**<br>**8680 Commodity Cir**<br>**Orlando, FL 32819** | | J | | Opened 10/01/04 Last Active 5/30/07<br>TimeSharedLoan | | | | 0.00 |
| Account No. **xxxxxxxxx2042**<br><br>**Lowe`s Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** | X | H | | Retail Credit Card | | | | 1,695.99 |
| Account No.<br><br>**Marius Moldovan**<br>**6660 Woodriver Dr.#112**<br>**Niles, IL 60714** | | J | | | | | | 10,000.00 |
| Account No. **xx1657**<br><br>**Mb Financial Bank**<br>**1200 N Ashland Ave**<br>**Chicago, IL 60622** | | J | | Opened 11/01/07 Last Active 1/18/08<br>ConventionalRealEstateMortgage<br>Foreclosed and/or Transferred Account | | | | 0.00 |
| Account No. **n/a**<br><br>**Moldovan Marius**<br>**6660 Woodriver Dr.**<br>**#112**<br>**Niles, IL 60714** | | H | | | | | | 10,000.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,695.99

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Calin Constantin Nartea,**
       **Dana Ramona Nartea**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7409<br><br>National City<br>Attention:  Bankruptcy Department<br>6750 Miller Rd<br>Brecksville, OH 44141 | | J | Opened  5/01/07  Last Active  5/04/08<br>CreditLineSecured | | | | 188,853.00 |
| Account No. xxxxxxxx5115<br><br>National City Bank<br>Po Box 5570<br>Locbr-Yb58-01-3 Bankruptcy<br>Cleveland, OH 44101 | | J | Opened  2/01/07  Last Active  2/29/08<br>ConventionalRealEstateMortgage<br>Foreclosed and/or Transferred Account | | | | 327,175.00 |
| Account No. xxxxxxxx5116<br><br>National City Bank<br>Po Box 5570<br>Locbr-Yb58-01-3 Bankruptcy<br>Cleveland, OH 44101 | | J | Opened  2/01/07  Last Active  2/29/08<br>RealEstateMortgage<br>ForeclosedWithoutOtherCollateral | | | | 81,888.00 |
| Account No. xxxx4298<br><br>NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 | | H | Opened 10/01/09<br>FactoringCompanyAccount Nco/Asg Of Wfnnb | | | | 3,514.00 |
| Account No. xxxxxx1458<br><br>New Century Mortgage C<br>Po Box 15298<br>Wilmington, DE 19850 | | H | Opened  9/21/06  Last Active  1/30/07<br>ConventionalRealEstateMortgage<br>Foreclosed and/or Transferred Account | | | | 0.00 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

601,430.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**
      **Dana Ramona Nartea**    Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1509**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | J | Opened 2/12/07  Last Active 4/16/09<br>Agriculture | | | | 2,203.67 |
| Account No. **xx9722**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | Opened 12/17/03  Last Active 9/28/07<br>Agriculture | | | | 0.00 |
| Account No. **xxxxxxx7101**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | Opened 9/01/01  Last Active 1/12/04<br>Agriculture | | | | 0.00 |
| Account No. **xxxxxxx6800**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | Opened 4/24/00  Last Active 1/14/04<br>Agriculture | | | | 0.00 |
| Account No. **xxxxxxx3300**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | Opened 5/01/00  Last Active 2/01/03<br>Agriculture | | | | 0.00 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
             (Total of this page)       **2,203.67**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Calin Constantin Nartea,**
        **Dana Ramona Nartea**                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3343**<br><br>**Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | | J | Opened  2/09/08  Last Active 10/05/09<br>Agriculture | | | | 890.40 |
| Account No. **xxxxxxxxxxxx3854**<br><br>**Old Kent Bk**<br>**Po Box 100**<br>**Grand Rapids, MI 49501** | | H | Opened  2/01/01  Last Active  5/01/01<br>Automobile | | | | 0.00 |
| Account No. **xxxxx5725**<br><br>**Peoples Gas**<br>**Bankruptcy Departament**<br>**130 East Randolph Drive, 16th FL**<br>**Chicago, IL 60601** | | H | Opened  3/17/10  Last Active  6/15/10<br>Agriculture | | | | 348.00 |
| Account No. **xxxxxxxxx3545**<br><br>**Peoples Gas**<br>**Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | | W | Opened 11/16/07  Last Active  9/26/08<br>Agriculture | | | | 388.86 |
| Account No. **xxxxx4951**<br><br>**Peoples Gas**<br>**Customer Service**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | | J | Opened 11/08/07  Last Active  9/26/08<br>Agriculture | | | | 0.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              1,627.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Calin Constantin Nartea,**
**Dana Ramona Nartea**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/J | W/C | | | | | |
| Account No. **xxxxxxxx5001**<br><br>**Peoples Gas**<br>**Bankruptcy Departament**<br>**130 East Randolph Drive, 16th FL**<br>**Chicago, IL 60601** | | W | | **Agriculture** | | | | 375.05 |
| Account No. **xxxxxxxxx5073**<br><br>**Peoples Gas**<br>**Bankruptcy Departament**<br>**130 East Randolph Drive, 16th FL**<br>**Chicago, IL 60601** | | W | | **Agriculture** | | | | 844.22 |
| Account No. **xxxxx1377**<br><br>**Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | | J | | **Opened  4/01/00  Last Active  6/01/01**<br>**FHARealEstateMortgage**<br>**Foreclosed and/or Transferred Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx4890**<br><br>**Portfolio Rc**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | | H | | **Opened  4/01/10**<br>**FactoringCompanyAccount Hsbc Bank Nevada N.A.** | | | | 1,629.00 |
| Account No. **xxxxxxxxxxx4204**<br><br>**Rbs Citizens Na**<br>**1000 Lafayette Blvd**<br>**Bridgeport, CT 06604** | | H | | **Opened  3/01/07  Last Active 12/31/09**<br>**CreditCard** | | | | 5,939.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,787.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**            Case No. _____
         **Dana Ramona Nartea,**
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6351**<br><br>**Rbs Citizens Na**<br>**1000 Lafayette Blvd**<br>**Bridgeport, CT 06604** | | J | Opened 2/15/07 Last Active 10/01/08<br>CreditCard | | | | 0.00 |
| Account No.<br><br>**Romanian Satellite Network**<br>**11400 Rockville Pike**<br>**Suite 512-5th Floor**<br>**Rockville, MD 20852** | | J | | | | | 10,000.00 |
| Account No. **n/a**<br><br>**Rus, Ioan**<br>**1505 E. Thayer St.**<br>**Mount Prospect, IL 60056** | | H | | | | | 13,500.00 |
| Account No. **xxxxxxxxxxx7713**<br><br>**Sams Club**<br>**Attention: Bankruptcy Department**<br>**Po Box 105968**<br>**Atlanta, GA 30353** | | W | Opened 5/01/02 Last Active 5/14/10<br>ChargeAccount | | | | 1,608.23 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Sarnoff & Baccash**<br>**One North LaSalle Street**<br>**Chicago, IL 60602** | | J | July 2008<br>Legal Services for<br>7016 E. Prairie Rd.<br>Lincolnwood, IL 60712 | | | | 200.62 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,308.85

B6F (Official Form 6F) (12/07) - Cont.

In re **Calin Constantin Nartea,**
        **Dana Ramona Nartea**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Sarnoff & Baccash**<br>**One North LaSalle Street**<br>**Chicago, IL 60602** | | J | **2008**<br>**Legal Fees** | | | | 250.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Sarnoff & Baccash**<br>**One North LaSalle Street**<br>**Chicago, IL 60602** | | J | **2008**<br>**Legal Fees** | | | | 155.00 |
| Account No. **xxxxx4514**<br><br>**T-Mobile Financial**<br>**P.O. Box 2400**<br>**Young America, MN 55553-2400** | | H | **Cellular Services** | | | | 1,163.52 |
| Account No. **xxxxx0942**<br><br>**T-Mobile Financial**<br>**P.O. Box 2400**<br>**Young America, MN 55553-2400** | X | H | **Cellular Services** | | | | 1,084.00 |
| Account No. **xxxxx5418**<br><br>**The Bureaus Inc**<br>**1717 Central St**<br>**Evanston, IL 60201** | | J | **Opened  3/01/10**<br>**CollectionAttorney Bureaus Investment Group Portf** | | | | 1,602.00 |

Sheet no. __**23**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,254.52

B6F (Official Form 6F) (12/07) - Cont.

In re **Calin Constantin Nartea,**
**Dana Ramona Nartea,**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8094**<br><br>**Torres Credit Srv**<br>**27 Fairview Street**<br>**Suite 301**<br>**Carlisle, PA 17015** | | J | Opened 10/01/09 CollectionAttorney Commonwealth Edison Co | | | | **238.00** |
| Account No. **xxxxxxxxxxxx0001**<br><br>**Toyota Motor Credit**<br>**Toyota Financial Services**<br>**P.O. Box 5855**<br>**Carol Stream, IL 60197** | | J | Opened  1/01/03 Last Active  5/31/05 Automobile | | | | **0.00** |
| Account No. **xxxx xx x7537**<br><br>**U.S. Bank National Association**<br>**c/o Codilis Ernest J., Jr.**<br>**15W30 N. Frontage**<br>**Burr Ridge, IL 60527** | | J | Forclosed Real Estate Mortgage Foreclosed and/or Transferred Account | | | | **Unknown** |
| Account No. **xxxxx0309**<br><br>**Us Bank**<br>**Po Box 5227**<br>**Cincinnati, OH 45201** | | J | Opened 11/01/06 Last Active  2/12/07 Automobile | | | | **0.00** |
| Account No. **1449**<br><br>**Von Maur**<br>**Attn: Credit Dept**<br>**6565 Brady**<br>**Davenport, IA 52806** | | J | Opened 11/05/05 Last Active  5/18/06 ChargeAccount | | | | **0.00** |

Sheet no.  **24**  of  **25**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**238.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Calin Constantin Nartea,**    Case No. _____
         **Dana Ramona Nartea**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6536** <br><br> **Wachov Mtg/ Wells Fargo** <br> **Attn: Bankruptcy** <br> **Po Box 10335** <br> **Des Moines, IA 50306** | | H | **Opened 8/21/07 Last Active 6/30/08 ConventionalRealEstateMortgage Foreclosed and/or Transferred Account DEFICIENCY** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx3200** <br><br> **Wfnnb/roomplace** <br> **Po Box 2974** <br> **Shawnee Mission, KS 66201** | | H | **Opened 6/01/07 Last Active 6/09/09 ChargeAccount** | | | | **3,482.49** |
| Account No. **2010 CH 10359** <br><br> **Wheatland Bank** <br> **c/o Burke & White** <br> **5350 Main Street, Suite 200** <br> **Downers Grove, IL 60515** | | J | **Real Estate Mortgage** | | | | **Unknown** |
| Account No. <br><br> **Zisu, Pavel** <br> **6249 N. Karlov Ave.** <br> **Chicago, IL 60646** | | H | **Partner in 2528 W. Fitch LLC** | | | | **Unknown** |
| Account No. <br><br> **Zisu, Simona** <br> **6249 N. Karlov Ave.** <br> **Chicago, IL 60646** | | J | **Partner in 2528 W. Fitch LLC** | | | | **Unknown** |

Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | **3,482.49** |
| | Total <br> (Report on Summary of Schedules) | **1,745,486.61** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Calin Constantin Nartea,**                                 Case No. _____
       **Dana Ramona Nartea**

                                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **T-Mobile Financial**<br>**P.O. Box 2400**<br>**Young America, MN 55553-2400** | **Cellular Contract** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Calin Constantin Nartea,**
     **Dana Ramona Nartea**                                                      Case No. _____
_____ ,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NCC Development**<br>**7016 E. Prairie Rd.**<br>**Lincolnwood, IL 60712**<br>  **Business Dissolved 12/11/2009** | **Lowe`s Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** |
| **NCC Development LLC**<br>**7016 N. East Prairie Rd.**<br>**Lincolnwood, IL 60712** | **Illinois Department of Revenue**<br>**P.O. Box 19006**<br>**Springfield, IL 62794** |
| **NCC Development LLC**<br>**7016 E. Prairie Rd.**<br>**Lincolnwood, IL 60712** | **T-Mobile Financial**<br>**P.O. Box 2400**<br>**Young America, MN 55553-2400** |
| **Satellite, Global Electronics**<br>**6148 N. Keystone Ave.**<br>**Chicago, IL 60646** | **Chase Bank**<br>**OH1-1188**<br>**340 S. Cleveland Ave Bldg 370**<br>**Westerville, OH 43081** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Calin Constantin Nartea**
**Dana Ramona Nartea**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | **Real Estate Broker** |
| Name of Employer | **Dan Trucking** | **Optimus Realty** |
| How long employed | **7 months** | **7 months** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **2,600.00** | $ **300.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **2,600.00** | $ **300.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,600.00** | $ **300.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,600.00** | $ **300.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **2,900.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re     **Calin Constantin Nartea**
**Dana Ramona Nartea**                                                        Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 700.00 |
| a. Are real estate taxes included?      Yes ____      No **X** | | |
| b. Is property insurance included?      Yes ____      No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 170.00 |
| d. Other  **Internet** | $ | 40.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 130.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Income Taxes** | $ | 265.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 545.00 |
| b. Other  **Illinois Department of Revenue** | $ | 200.00 |
| c. Other  **IRS** | $ | 100.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,850.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,900.00 |
| b.   Average monthly expenses from Line 18 above | $ | 2,850.00 |
| c.   Monthly net income (a. minus b.) | $ | 50.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Calin Constantin Nartea**
      **Dana Ramona Nartea**                               Case No. _____
                                        Debtor(s)       Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **43**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 22, 2010**               Signature    **/s/ Calin Constantin Nartea**
                                                   **Calin Constantin Nartea**
                                                   Debtor

Date   **December 22, 2010**               Signature    **/s/ Dana Ramona Nartea**
                                                    **Dana Ramona Nartea**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Calin Constantin Nartea**
**Dana Ramona Nartea**

Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$31,900.00** | **2010 YTD: Both Self-Employment Income** |
| **$0.00** | **2009: Both Self-Employment Income** |
| **$92,678.00** | **2008: Both Self-Employment Income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **G M A C**<br>**Po Box 130424**<br>**Roseville, MN 55113** | **september 17,2010--$490**<br>**november 11,2010---$550**<br>**dec 22,2010--------600** | **$1,640.00** | **$22,428.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **WHEATLAND BANK v 2528 WEST FITCH LLC,**<br>**NARTEA CALIN C et al.**<br>**2010-CH-10359** | **MULTI-UNIT**<br>**RESIDENTIAL**<br>**MORTGAGE**<br>**FORECLOSURE** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 West Washington St.**<br>**Chicago, IL 60602** | **Foreclosure,**<br>**Order to**<br>**Appoint**<br>**Selling Officer** |

---

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **COUNTRYWIDE HOME LOANS and BAC HOME LOANS SERVICING v 6458 CLAREMONT CONDO ASSOC, NARTEA CALIN C et al. 2009-CH-10713** | **MORTGAGE FORECLOSURE** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **JUDGMENT OF FORECLOSURE ENTERED, Court to approve sale on 11/8/2010** |
| **U S BANK NATIONAL ASSOCIA. v NARTEA CALIN C, et al. 2008-CH-37537** | **Foreclosure** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **JUDGMENT OF FORECLOSURE ENTERED** |
| **WACHOVIA MORTGAGE,AMERICAN MORTGAGE, MORTGAGE ELECTRONIC REG. and AMNET MORTGAGE v 1655-57 NORTH SPAULDING, NARTEA CAILN C, et al. 2008-CH-34709** | **Foreclosure** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Judgment and Order of Possession Entered 9/1/2009** |
| **CITIMORTGAGE and NATIONAL CITY BANK v BANK AMERICA,   NARTEA CALIN C ,NARTEA DANA R, et al. 2008-CH-30496** | **MORTGAGE FORECLOSURE** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **VOLUNTARY DISMISSAL, NON-SUIT OR DISMISSED BY AGREEMENT** |
| **GREENPOINT MORTGAGE FUNDI. v GREENPOINT MORTGAGE FUNDI., NARTEA CALIN, NARTEA DANA R, et al. 2008-CH-28758** | **Foreclosure** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Case Served** |
| **LASALLE BANK NATIONAL v 1944 W TOUHY AVCONDOMINIUM, NARTEA CALIN, NARTEA DANA R, et al. 2008-CH-22344** | **Foreclosure** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **MORTGAGE FORCLOSURE/SHERIFFS SALE APPROVED** |
| **INDYMAC BANK FSB v 1944 W TOUCHY AVE COND., NARTEA CALIN C, NARTEA DANA, et al. 2008-CH-21714** | **MORTGAGE FORECLOSURE** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **MORTGAGE FORCLOSURE / SHERIFFS SALE APPROVED** |
| **AURORA LOAN SERVICES v   NARTEA DANA R, et al. 2008-CH-24349** | **MORTGAGE FORECLOSURE** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Sold** |
| **WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK v 1944 WEST TOUHY, Dana Ramona Nartea, Calin C. Nartea et al. 2008 CH 021728** | **MORTGAGE FORECLOSURE** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **MORTGAGE FORCLOSURE / SHERIFFS SALE APPROVED** |
| **CAPITAL ONE BANK v   NARTEA CALIN C 2010-M1-167808** | **Collection** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Just Filed** |
| **CACH LLC v NARTEA CALIN 2010-M1-164870** | **Contract** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Judgment for $2,599.09** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CHASE BANK v NARTEA CALIN 2009-M1-199540** | **Contract** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Judgment for $11,258.19** |
| **CITY CHICAGO v NARTEA CALIN, et al. 2009-M1-400959** | **Administrative - Housing** | **Cook County Circuit Court Richard J. Daley Center 50 West Washington St. Chicago, IL 60602** | **Served** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Countrywide Home Loans c/o Pierce & Associates 1 N Dearborn #1300 Chicago, IL 60602** | **10/4/2010** | **6458 N. Claremont Ave Chicago, IL 60645 $50,000 No Equity** |
| **Wachovia Mortgage c/o Nevel Ira 175 N. Franklin #201 Chicago, IL 60606** | **9/1/09** | **1655-57 N. Spaulding Ave. Unit 1757-3 Chicago, IL $60,000 No Equity** |
| **LaSalle Bank National c/o Pierce & Associates 1 N Dearborn #1300 Chicago, IL 60602** | **3/23/2010** | **1944 W. Touhy Ave., Unit 1 Chicago, IL 60620 $120,000 No Equity** |
| **IndyMac Bank FSB c/o Pierce & Associates 1 N Dearborn #1300 Chicago, IL 60602** | **6/10/2009** | **1946 W. Touhy Ave, Unit 1 Chicago, IL 60626 $120,000 No Equity** |
| **Washington Mutual c/o Codilis Ernest J. Jr. 15W030 N. Frontage Rd. Willowbrook, IL 60527** | **2/23/2010** | **7207 N. Damen Ave., Unit 1 Chicago IL, 60645 $135,000 No Equity** |
| **Aurora Loan Servicing c/o Codilis Ernest J. Jr. 15W030 N. Frontage Rd. Willowbrook, IL 60527** | **6/24/2009** | **7211 N. Damen Ave., Unit 1 Chicago IL 60645 $135,000 No Equity** |

5

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Start Fresh Today**<br>**5503 N. Cumberland Ave**<br>**Chicago, IL 60656** | **July 2010** | **$69 Credit Counseling** |
| **Mihaela L. Raicu**<br>**205 W. Randolph Street**<br>**Suite 1240**<br>**Chicago, IL 60606** | **August 2010** | **$2,500** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Rares Ratiu**<br>**511 W. Belmont**<br>**Apt. 2**<br>**Chicago, IL**<br>   **None** | **March 11, 2010** | **Work Cargo Van: 2003 Ford E150 116,000 miles**<br>**$2,500** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America**<br>**5983 N. Lincoln Ave.**<br>**Chicago, IL 60659** | **Personal Checking**<br>**($-6)** | **2009** |
| **Charter One**<br>**6677 N. Lincoln Ave**<br>**Lincolnwood, IL 60712** | **Checking Account #2035**<br>**Final Balance: $(-1193)** | |
| **5/3 Bank** | **Open for 4 months** | **$0** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

7

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 7016 E. Prairie Rd. | Calin Constantin Nartea | February 2007- July 2009 |
| Lincolnwood, IL 60712 | Dana Ramona Nartea | |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Global Electronics and Sattelite Inc.** | 20-1962305 | 6148 N. Keystone Chicago, IL 60646 | **Cable and Dish Installation To be closed** | **April 18, 2003 - Present** |
| **NCC Development LLC** | 01-0869370 | 6035 N. Kedzie Ave Chicago, IL 60659 | **Real Estate Development and Construction** | **June 2006 - June 2009** |
| **American Romanian Import Export Inc** | 27-0928134 | 5848 N. Lincoln Ave. Chicago, IL 60659 | **Import-Export** | **September 2009 - Present** |
| **2528 W. Fitch LLC** | 26-0676896 | 6249 N. Karlov Ave Chicago, IL 60646 | **Real Estate Condo Development** | **August 2007 - Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                                             DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

**None**
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

**20. Inventories**

**None**
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

**None**
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

**None**
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

**None**
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                          NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

**None**
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                    DATE OF WITHDRAWAL

**None**
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

**None**
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                 OR DESCRIPTION AND
                                                                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 22, 2010**                 Signature  **/s/ Calin Constantin Nartea**
                                                       **Calin Constantin Nartea**
                                                       Debtor

Date  **December 22, 2010**                 Signature  **/s/ Dana Ramona Nartea**
                                                       **Dana Ramona Nartea**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Calin Constantin Nartea**
        **Dana Ramona Nartea**                        Case No. _____

                                       Debtor(s)          Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Co** | **Describe Property Securing Debt:**<br>**6148 N. Keystone**<br>**Chicago, IL 60646** |

Property will be (check one):
   ■ Surrendered                  □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Co** | **Describe Property Securing Debt:**<br>**6148 N. Keystone**<br>**Chicago, IL 60646** |

Property will be (check one):
   ■ Surrendered                  □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bac Home Loans Servici** | **Describe Property Securing Debt:**<br>**7209 N. Damen, #1**<br>**Chicago, IL** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**G M A C** | **Describe Property Securing Debt:**<br>**2005 Audi A8** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Green Point Savings** | **Describe Property Securing Debt:**<br>**7209 N. Damen, #1**<br>**Chicago, IL** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Libertyville Bank & Trust Co** | **Describe Property Securing Debt:**<br>**4654 N. Central Park, #2**<br>**Chicago, IL** |

Property will be (check one):

■ Surrendered                               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Weisfield Jewelers** | **Describe Property Securing Debt:**<br>**Movado Watch** |

Property will be (check one):

☐ Surrendered                               ■ Retained

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                         ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

B8 (Form 8) (12/08)                                                                                      Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 22, 2010**                    Signature  **/s/ Calin Constantin Nartea**

                                                         **Calin Constantin Nartea**
                                                         Debtor


Date  **December 22, 2010**                    Signature  **/s/ Dana Ramona Nartea**

                                                         **Dana Ramona Nartea**
                                                         Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Calin Constantin Nartea**
       **Dana Ramona Nartea**                     Case No.

                                   Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 22, 2010**                    **/s/ Mihaela L. Raicu**
                                            **Mihaela L. Raicu 6290520**
                                            **Mihaela L. Raicu**
                                            **205 W. Randolph Street**
                                            **Suite 1240**
                                            **Chicago, IL 60606**
                                            **312-224-8900  Fax: 312-284-4944**
                                            **mraicu_esq@yahoo.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Calin Constantin Nartea**
       **Dana Ramona Nartea**                                  Case No. _____
                                       Debtor(s)            Chapter     **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

         I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Calin Constantin Nartea**
**Dana Ramona Nartea**                    X   **/s/ Calin Constantin Nartea**            **December 22, 2010**
Printed Name(s) of Debtor(s)                 Signature of Debtor                 Date

Case No. (if known) _____       X   **/s/ Dana Ramona Nartea**              **December 22, 2010**
                                               Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Calin Constantin Nartea**
**Dana Ramona Nartea**

_____  Case No. _____
Debtor(s)                                Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____ **195**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 22, 2010**                **/s/ Calin Constantin Nartea**
_____            _____
                                           **Calin Constantin Nartea**
                                           Signature of Debtor

Date:  **December 22, 2010**                **/s/ Dana Ramona Nartea**
_____            _____
                                           **Dana Ramona Nartea**
                                           Signature of Debtor

Citi / Home Depot
Bankruptcy Business Division
P.O. Box 688966
Des Moines, IA 50368


5/3 Bank Cc
5050 Kingsley Dr
Cincinatti, OH 45263


6458 N. Claremont Ave.
Adrian Tanase (DI)
6460 N. Claremont Ave. #GN
Chicago, IL 60659


Abn Amro Mortgage Grou
c/o Pierce & Associates
1 N. Dearborn
Chicago, IL 60602


Absolut Collections Corp.
P.O. Box 880306
San Diego, CA 92168-0306


Accounts Receivable Managament
P.O. Box 129
Thorofare, NJ 08086-0129


Accounts Receivable Management, INC
P.O. Box 129
Thorofare, NJ 08086-0129


Allied Interstate Inc.
3000 Corporate Exchange Dr.
Columbus, OH 43231


Allied Interstate Inc.
P.O. Box 361774
Columbus, OH 43236


American Coradius International LLC
2420 Sweet Home Rd   Ste150
Buffalo, NY 14228-2244

American Coradius International LLC
6341 Inducon Drive East
Sanborn, NY 14132


American Family Insurance
Corporate Office - Bankruptcy
6000 American Parkway
Madison, WI 53783


American Family Insurance
Madison, WI 53777-0001


American Home Mtg Srv
Customer Correspondence
P.O. Box 631730
Irving, TX 75063-1730


American Home Mtg Srv
P.O. Box 660029
Dallas, TX 75266


Americas Servicing Co
Attention: Bankruptcy
Po Box 10328
Des Moines, IA 50306


AmSher Collection Services, Inc.
600 Beacon Pkwy W STE 300
Birmingham, AL 35209


Applied Bank
P.O. Box 17120
Wilmington, DE 19886-7120


Applied Card Bank
Attention: General Inquiries
Po Box 17125
Wilmington, DE 19850


Armor Systems Co
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Arnoldharris/Med Business Bureau
1460 Renaissance Dr
Park Ridge, IL


Ashley Managment company
6048 W. Lawrence Ave.
Chicago, IL 60630


Associated Credit Services, Inc.
105B South St.
P.O. Box 9100
Hopkinton, MA 01748


Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
P.O. Box 7811 Phoenix
Phoenix, AZ 85062


BAC Home Loans
450 American St
Simi Valley, CA 93065


Bac Home Loans Servici
450 American St
Simi Valley, CA 93065


BAC Home Loans Servicing, LP
P.O. Box 650225
Dallas, TX 75265-0070


Bank Of America
4161 Piedmont Parkway
Greensboro, NC 27410


Bank of America
P.O. Box 660312
Dallas, TX 75266


Bank of America
P.O. Box 26078
Greensboro, NC 27420

Bank of America
Customer Service
P.O. Box 5170
Simi Valley, CA 93062


BankCard Center
P.O. Box 11170
Wilmington, DE 19850


Best Buy
P.O. Box 15521
Wilmington, DE 19850-5521


Blitt & Gaines P.C.
661 Glenn Ave.
Wheeling, IL 60090


C.C.S.
Payment Processing Center- 27
P.O. Box 55126
Boston, MA 02205-5126


Cach, LLC.
4340, S. Monaco, Second Floor
Denver, CO 80237


Capital Management Services, LP
726 Exchange Street-Suite 700
North Tonawanda, NY 14120


Capital One Bank, N.A.
P.O. Box 71083
Charlotte, NC 28272-1083


Capital One Bank, N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One, N.A.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Card Member Service
P.O. Box 15548
Wilmington, DE 19886-5548


CardMember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Care Credit
P.O. Box 960061
Orlando, FL 32896-0061


CCB Credit Services, INC.
P.O. Box 272
Springfield, IL 62705-0272


CCB Credit Services, Inc.
5300 S. 6th Street
Springfield, IL 62703


Charter One
One Citizens Drive
Riverside, RI 02915-3000


Charter One Card Services
P.O. Box 42010
Providence, RI 02940-2010


Charter One Card Services
P.O. Box 7092
Bridgeport, CT 06601


Chase
9451 Corbin Avenue
Northridge, CA 91328


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 1093
Northridge, CA 91328

Chase - National Payment Services
P.O. Box 182223
Dept OH1-1272
Columbus, OH 43218


Chase Bank
OH1-1188
340 S. Cleveland Ave Bldg 370
Westerville, OH 43081


Chicago Corporation Counsel
30 N. LaSalle
Suite 800
Chicago, IL 60602


Cit Fin Serv
715 S. Metropolitan Ave
Oklahoma City, OK 73108


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


CitiMortgage
105 Decker Court
Irving, TX 75062


Citizens Bank
480 Jefferson Blvd
Rje 135
Warwick, RI 02886


City Ntl Bk
Attn: Bankruptcy
Po Box 785057
Orlando, FL 32878


City of Chicago
30 North La Salle Steet
Suite700
Chicago, IL 60602

City of Chicago
c/o Arnold Scott Harris PC
222 Merchendise Mart Plaza, #1932
Chicago, IL 60654


City of Chicago-Dept. of Water
P.O. Box 6330
Chicago, IL 60680-6330


Codilis Ernest J., Jr.
15W030 N. Frontage Rd.
Burr Ridge, IL 60527


Contract Callers Inc.
P.O. Box 212489
Augusta, GA 30917


Contract Callers Inc.
1058 Claussesn Road, Suite 110
Augusta, GA 30907


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197


Credit Collection Services
Two Wells Avenue
Dept. 9136
Newton Center, MA 02459


Credit Collection Services
Tow Wells Avenue,
Dept. 9136
Newton Center, MA 02459


Dan Poeana
7527 Missouri Ave.
Hammond, IN 46323

Dana Elena Rastei
2715 N. Mulligan Ave.
Chicago, IL 60639


Dana Elena Rastei
2715 N. Mulligan Ave
Chicago, IL 60639


Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Encore
P.O. Box 47248
Oak Park, MI 48237


Encore Receivable Management Inc.
400 N Rogers St.
P.O. Box 3330
Olathe, KS 66063-3330


Fifth Third Bank
C/O Bankruptcy Dept, Mdropso5
1850 East Paris
Grand Rapids, MI 49546


Fifth Third Bank
Madisonville Operations Center Md
Cincinnati, OH 45263-0001


Fine Michael D.
131 S. Dearborn
Chicago, IL 60603


First Franklin Financial Corporatio
2150 North First Street
San Jose, CA 95131


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 6275
Dearborn, MI 48121

Fremont Investment & Loan
2727 E. Imperial Hwy
Brea, CA 92821


Fst Bnk & Tr
820 Church Street
Evanston, IL 60201


G M A C
Po Box 130424
Roseville, MN 55113


GC Services Limited Partnership
Collection Agency Division
P.O. Box 79 (037)
Elgin, IL 60121


Ge Capital Credit Card
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


GE Capital Financial Inc.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank
P.O. Box 981064
El Paso, TX 79998


GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


GE Money Bank
P.O. Box 981127
El Paso, TX 79998-1127


GE Money Bank
P.O. Box 981438
El Paso, TX 79998-1438


Gemb/abt Tv
Po Box 981439
El Paso, TX 79998

Ghanshyam Thakkar MD
2740 W. Foster Ave Ste 203
Chicago, IL 60625


Global Credit & Collection Corp.
300 International Drive PMB#10015
Wiliamsville, NY 14221


Global Credit Collection Corp
P.O. Box 101928
Dept 2417
Birmingham, AL 35210


Green Poing
100 Wood Hollow Drive
Novato, CA 94945


Green Point
P.O. Box 1093
Branford, CT 06405


Green Point Savings
Po Box 84013
Columbus, GA 31908


Harris &Harris, LTD.
600 W. Jackson Blvd., Suite 400
Chicago, IL 60601


Harris N.a.
3800 Golf Rd Ste. 300
Rolling Meadows, IL 60008


Hauselman Martin F.
39 S. LaSalle St.
Chicago, IL 60603


Heavner Scott & Beyers
111 E. Main St.
Suite 200
Decatur, IL 62523

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089


Homeq
Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC 27607


Houselman Martin F
39 S. LaSalle St
Chicago, IL 60603


Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank- Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


HSBC Retail Services
P.O. Box 5244
Carol Stream, IL 60197-5244


HSBC Retail Services
P.O. Box 4144
Carol Stream, IL 60197


Hsbc/rs
Pob 15521
Wilmington, DE 19805


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64887
Saint Paul, MN 55164

Ilchi, Ioan
8851 Merill St.
Niles, IL 60714


Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794


Indymac
P.O. Box 78826
Phoenix, AZ 85062


Indymac
155 North Lake Ave.
Pasadena, CA 91101


Indymac Bank
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003


Indymac Bank
P.O. Box 78826
Phoenix, AZ 85062


Indymac Bank
155 North Lake Ave.
Pasadena, CA 91101


Internal Revenue Service
Cincinnati, OH 45999-0025


Internal Revenue Service
ACS Support - STOP 813G
P.O. Box 145566
Cincinnati, OH 45250


Internal Revenue Service
P.O. Box 750
Holtsville, NY 11742

Island One Resorts
Payment Processing Center
P.O. Box 621208
Orlando, FL 32862


Island One, Inc.
8680 Commodity Cir
Orlando, FL 32819


KCA Financial Services, INC.
P.O. Box 53
Geneva, IL 60134-0053


KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134


Law Office of Roland Schlosser
203 N. Wabash Ave.
Suite 503
Chicago, IL 60601


Leading Edge Recovery Solution, LLC
5440 N Cumberland Ave Ste. 300
Chicago, IL 60656-1490


Leading Edge Recovery Solutions
P.O. box 129
Linden, MI 48451


Leading Edge Recovery Solutions LLC
5440 N. Cumberland Ave.
Suite 300
Chicago, IL 60656


Leading Edge Recovery Solutions, In
P.O. Box 129
Linden, MI 48451


Libertyville Bank & Trust Co
Loan Department
507 N. Milwaukee Ave.
Libertyville, IL 60048

Lowe`s Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Marius Moldovan
6660 Woodriver Dr.#112
Niles, IL 60714


Mb Financial Bank
1200 N Ashland Ave
Chicago, IL 60622


Moldovan Marius
6660 Woodriver Dr.
#112
Niles, IL 60714


MOS Group, Inc.
337 Main Street
Farmingdale, NY 11735


MRS Associates, INC.
1930 Olney Ave.
Cherry Hill, NJ 08003


National City
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141


National City Bank
Po Box 5570
Locbr-Yb58-01-3 Bankruptcy
Cleveland, OH 44101


NCC Development
7016 E. Prairie Rd.
Lincolnwood, IL 60712

NCC Development LLC
7016 N. East Prairie Rd.
Lincolnwood, IL 60712


NCC Development LLC
7016 E. Prairie Rd.
Lincolnwood, IL 60712


NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems INC.
P.O. Box. 15740
Wilmington, DE 19850-5740


NCO Financial Systems INC.
P.O. Box 12100
Trenton, NJ 08650


NCO Financial Systems INC.
P.O. Box. 4907
Trenton, NJ 08650-4907


NCO Financial Systems, Inc
4740 Baxter Road
Virginia Beach, VA 23462


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Nevel Ira
175 N. Franklin
Suite 201
Chicago, IL 60606


New Century Mortgage C
Po Box 15298
Wilmington, DE 19850


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507

Nicor Gas (Agency 203)
1844 Ferry Road
Attn: Jan Schomer
Naperville, IL 60563


Old Kent Bk
Po Box 100
Grand Rapids, MI 49501


P.Scott Lowery, P.C.
4500 Cherry Creek Dr. South
Suite 700
Denver, CO 80246


Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290


Peoples Gas
Bankruptcy Departament
130 East Randolph Drive, 16th FL
Chicago, IL 60601


Peoples Gas
Customer Service
130 East Randolph Drive
Chicago, IL 60601


Pierce & Associates
1 N. Dearborn
Suite 1300
Chicago, IL 60602


Pnc Mortgage
3232 Newark Dr
Miamisburg, OH 45342


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Rbs Citizens Na
1000 Lafayette Blvd
Bridgeport, CT 06604

Retail Services
P.O. Box 17298
Baltimore, MD 21297-1298


Romanian Satellite Network
11400 Rockville Pike
Suite 512-5th Floor
Rockville, MD 20852


Rus, Ioan
1505 E. Thayer St.
Mount Prospect, IL 60056


Sams Club
Attention: Bankruptcy Department
Po Box 105968
Atlanta, GA 30353


Sarah M. Andrew
30 North La Salle Street
Suite700
Chicago, IL 60602


Sarnoff & Baccash
One North LaSalle Street
Chicago, IL 60602


Satellite, Global Electronics
6148 N. Keystone Ave.
Chicago, IL 60646


Second Round LP
P.O. Box 41955
Austin, TX 78704-1955


Stellar Rcovery Inc
P.O. Box 2210
Southgate, MI 48195


Stellar Recovery, INC.
1845 Highway 93, South Suite 310
Kalispell, MT 59901

Stoneleigh Recovery Associates, LLC
P.O. Box 1441
Lombard, IL 60148-8441


Swidish Covenant Hospital
Billing Department
5145 N. California Ave.
Chicago, IL 60625


T-Mobile Financial
P.O. Box 2400
Young America, MN 55553-2400


T-Moblie
P.O. Box 742596
Cincinnati, OH 45274


The Bureaus Inc
1717 Central St
Evanston, IL 60201


Torres Credit Srv
27 Fairview Street
Suite 301
Carlisle, PA 17015


Toyota Motor Credit
Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197


Transworld Systems Inc.
Collection Agency
1375 E. Woodfield Rd, #110
Schaumburg, IL 60173


U.S. Bank National Association
c/o Codilis Ernest J., Jr.
15W30 N. Frontage
Burr Ridge, IL 60527


U.S. Bank National Association
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Ste 100
Burr Ridge, IL 60527

United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


Us Bank
Po Box 5227
Cincinnati, OH 45201


Vion Receivables
400 Interstate North Parkway
Suite 800
Atlanta, GA 30339


Von Maur
Attn: Credit Dept
6565 Brady
Davenport, IA 52806


Wachov Mtg/ Wells Fargo
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306


Washington Mutual Bank
P.O. Box 78148
Phoenix, AZ 85062


Weisfield Jewelers
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309


Wfnnb/roomplace
Po Box 2974
Shawnee Mission, KS 66201


Wheatland Bank
c/o Burke & White
5350 Main Street, Suite 200
Downers Grove, IL 60515

Zisu, Pavel
6249 N. Karlov Ave.
Chicago, IL 60646

Zisu, Simona
6249 N. Karlov Ave.
Chicago, IL 60646